**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

HUIZHONG GENG,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER,

Respondent.

Case No. 5:26-cv-05730-AH-DFM

Order Accepting Report and Recommendation of United States Magistrate Judge

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline.

IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 9) is ACCEPTED and ADOPTED in its entirety.

2. The Petition for a Writ of Habeas Corpus is DENIED and this action is DISMISSED WITHOUT PREJUDICE.

Date: NOVEMBER 16, 2026

ANNE HWANG
United States District Judge